FILED'06 APR 13 12:02 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY B. JENKINS,                )
                                )
          Plaintiff,            )
                                )  Civil No. 05-3036-CO
     v.                         )
                                )  ORDER
CITY OF KLAMATH FALLS, et al.,  )
                                )
          Defendants.           )
_____)

Magistrate Judge John P. Cooney filed his Findings and Recommendation on March 27, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. This case is dismissed for want of prosecution and failure to comply with the court's orders.

IT IS SO ORDERED.

DATED this _13th_ day of _April_, 2006.

_____
UNITED STATES DISTRICT JUDGE

2    - ORDER